AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 11/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Mayer Brown LLP - Payment of remaining compensation due through June 1, 2012 (last day with firm; final amount payable in 2013) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Janus & Associates, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 02/03/2013 - 02/08/2013 | Washington D.C. | Judicial Training | Airfare, per diem, |
| 2. | Administrative Ofice of the United States Courts | 05/05/2013 - 05/07/2013 | Indianapolis, IN | 7th Circuit Judicial Conference | Mileage, Parking, Hotel, Meals |
| 3. | Federal Judicial Center | 05/20/2013 - 05/24/2013 | Berkeley, CA | Intellectual Property Seminar | Airfare, per diem, baggage fee, cab |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life | Loan #1 | K |
| 2. | United Pacific Life | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  'AT&T (common stock) | D | Dividend | M | T | | | | | |
| 2.  Bright Start 529 Plan Blended Age Based 18 Years (Y) | | None | K | T | | | | | |
| 3.  CenterPoint Energy (common stock) | B | Dividend | K | T | | | | | |
| 4.  Coca-Cola (common stock) (Y) | A | Dividend | J | T | | | | | |
| 5.  Columbia Strategic Investor Fund-Z | | None | | | Sold | 02/11/14 | J | A | |
| 6.  DuPont (common stock) | C | Dividend | M | T | | | | | |
| 7.  General Electric (common stock) | A | Dividend | K | T | | | | | |
| 8.  Harley-Davidson (common stock) (Y) | A | Dividend | J | T | | | | | |
| 9.  Hershey Foods (common stock) (Y) | B | Dividend | L | T | | | | | |
| 10. Home Depot (common stock) (Y) | A | Dividend | J | T | | | | | |
| 11. IBM (common stock) | D | Dividend | M | T | | | | | |
| 12. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 13. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 14. Northwestern Mutual Insurance Policies (Whole Life) | D | Dividend | M | T | | | | | |
| 15. NRG Energy (common stock) | A | Dividend | J | T | | | | | |
| 16. Pfizer (common stock) | C | Dividend | M | T | | | | | |
| 17. United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bonds | | None | K | T | | | | | |
| 19. Vanguard Dividend Growth Fund | B | Dividend | L | T | | | | | |
| 20. Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 21. Vanguard Information Tech ETF | A | Dividend | L | T | | | | | |
| 22. Vanguard International Value Fund | A | Int./Div. | K | T | | | | | |
| 23. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 24. Vanguard S&P 500 Index Fund | B | Dividend | M | T | Buy (add'l) | 11/12/14 | J | | |
| 25. Walgreen's Boots Alliance Inc. (common stock) (Y) | A | Dividend | K | T | | | | | |
| 26. Wal-Mart (common stock) (Y) | A | Dividend | K | T | | | | | |
| 27. Walt Disney (common stock) (Y) | A | Dividend | K | T | | | | | |
| 28. IRA #1 | D | Int./Div. | M | T | | | | | |
| 29. --Vanguard Total International Stock Index Fund | | | | | | | | | |
| 30. --Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 31. --Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 32. IRA #2 | B | Int./Div. | K | T | | | | | |
| 33. --Vanguard Total International Stock Index Fund | | | | | | | | | |
| 34. --Vanguard Total Stock Market Index Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 36. IRA #3 | E | Dividend | M | T | | | | | |
| 37. --Fidelity Magellan Fund | | | | | | | | | |
| 38. IRA #4 | A | Int./Div. | K | T | | | | | |
| 39. --Vanguard 500 Index Fund | | | | | | | | | |
| 40. IRA #5 | F | Int./Div. | P1 | T | | | | | |
| 41. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | | | | | Buy (add'l) | 10/08/14 | J | | |
| 42. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | | | | | | | | | |
| 43. --DFEVX - MFO DFA Emerging Markets Value | | | | | | | | | |
| 44. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | | | | | | | | | |
| 45. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | | | | | | | | | |
| 46. --DVY - MFC IShares TR Dow Jones Select Divid Index Fund | | | | | | | | | |
| 47. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | | | | | | | | | |
| 48. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | | | | | Buy (add'l) | 10/08/14 | J | | |
| 49. --NMFIX MFB Northern Multimanager | | | | | Buy | 10/06/14 | K | | |
| 50. --NOMIX - MFB Northern Mid Cap Index Fund | | | | | | | | | |
| 51. --NORXX - MFB Northern Funds Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --NOSIX - MFB Northern Funds Stock Index Fund | | | | | | | | | |
| 53. --NSICX - MFB Northern Funds Small Cap Index Fund | | | | | | | | | |
| 54. --PHIYX - MFO Pimco Funds Pac Invt Mgmt Ser HY Instl CL | | | | | | | | | |
| 55. --PTTRX - MFO Pimco Funds Pac Invt Mgmt Ser Total Return FD | | | | | Sold | 10/07/14 | J | A | |
| 56. --TDTF - MFC Flexshares Tr IBOXX 5 Yr Tgt Duration TIPS Indx | | | | | | | | | |
| 57. IRA #6 | E | Dividend | N | T | | | | | |
| 58. --Fidelity Blue Chip Growth | | | | | | | | | |
| 59. --Fidelity Independence | | | | | | | | | |
| 60. IRA #7 | B | Dividend | K | T | | | | | |
| 61. --Fidelity Independence | | | | | | | | | |
| 62. IRA #8 | A | Dividend | K | T | | | | | |
| 63. --Vanguard Total Stock Mkt Index Fund | | | | | Buy | 03/10/14 | J | | |
| 64. Trust #1 | A | Dividend | K | T | | | | | |
| 65. --The Dreyfus Fund | | | | | Sold (part) | 01/02/14 | J | A | |
| 66. | | | | | Sold (part) | 04/29/14 | J | A | |
| 67. | | | | | Sold (part) | 08/28/14 | J | A | |
| 68. | | | | | Sold (part) | 12/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #2 | E | Dividend | O | T | | | | | |
| 70. --Allstate (common) | | | | | | | | | |
| 71. --American Electric Power (common) | | | | | | | | | |
| 72. --Anadarko Petroleum (common) | | | | | | | | | |
| 73. --AT&T (common) | | | | | | | | | |
| 74. --Bank of America (common) | | | | | Sold | 11/24/14 | J | A | |
| 75. --Beam, Inc.(common) | | | | | Sold | 05/01/14 | K | E | |
| 76. --Blackrock Global Allocation C | | | | | | | | | |
| 77. --BP Amoco (ADR) | | | | | | | | | |
| 78. --Conoco Phillips (common) | | | | | | | | | |
| 79. --Dow Chemical (common) | | | | | | | | | |
| 80. --Duke Energy (common) | | | | | | | | | |
| 81. --DuPont (common) | | | | | | | | | |
| 82. --Exelon (common) | | | | | Sold (part) | 12/29/14 | J | A | |
| 83. --Exxon (common) | | | | | | | | | |
| 84. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 85. --Hershey (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --ISHARES S&P Growth ETF (IVW) | | | | | Buy | 11/26/14 | J | | |
| 87. --Ivy Asset Strategy | | | | | Buy (add'l) | 05/16/14 | K | | |
| 88. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 89. --JP Morgan Tr I US Small Co. Cl C | | | | | Buy | 11/26/14 | J | | |
| 90. --JP Morgan Tr I Dynamic Growth | | | | | Buy | 08/11/14 | K | | |
| 91. --Lincoln National Group (common) | | | | | | | | | |
| 92. --Merck (common) | | | | | | | | | |
| 93. --Monsanto (common) | | | | | | | | | |
| 94. --Pfizer (common) | | | | | | | | | |
| 95. --Phillips 66 (common) | | | | | | | | | |
| 96. --Spectra Energy (common) | | | | | | | | | |
| 97. --Sterling Cap FDS Mid Value FD (OVECX) | | | | | | | | | |
| 98. --Walgreen's Boots Alliance (common) | | | | | | | | | |
| 99. Trust #3 | D | Dividend | N | T | | | | | |
| 100. --3-M (common) | | | | | | | | | |
| 101. --Allstate (common) | | | | | | | | | |
| 102. --Bank of America (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Dow Chemical (common) | | | | | | | | | |
| 104. --Exelon (common) | | | | | | | | | |
| 105. --Exxon (common) | | | | | | | | | |
| 106. --IBM (common) | | | | | | | | | |
| 107. --JP Morgan Chase (common) | | | | | | | | | |
| 108. --JP Morgan Chase Cash Account | | | | | | | | | |
| 109. --Lincoln National Corp. (common) | | | | | | | | | |
| 110. --Pfizer (common) | | | | | | | | | |
| 111. --Sherwin Williams (common) | | | | | | | | | |
| 112. Trust #4 | E | Dividend | O | T | | | | | |
| 113. --3-M (common) | | | | | | | | | |
| 114. --Exxon Mobil (common) | | | | | | | | | |
| 115. --McDonald's (common) | | | | | | | | | |
| 116. --JP Morgan Chase Cash Account | | | | | | | | | |
| 117. Trust #5 | C | Int./Div. | M | T | | | | | |
| 118. --JP Morgan Chase Cash Account | | | | | | | | | |
| 119. --25% of Moles Family Partnership | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 121. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 122. ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 123. ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 124. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 125. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 126. ---GLD-Spdr Gold Tr Gold Shares (Y) | | | | | | | | | |
| 127. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 128. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 129. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Sold (part) | 04/22/14 | J | A | |
| 130. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 131. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 132. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 133. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | | | | | Sold (part) | 04/22/14 | J | A | |
| 134. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd (Y) | | | | | | | | | |
| 135. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 136. ---NMFIX MFB Northern Multi-Manager | | | | | Buy | 04/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ---MFB Northern Fds Cash Accounts | | | | | | | | | |
| 138. Trust #6 | F | Distribution | O | W | | | | | |
| 139. --Farm land, Christian County, Illinois | | | | | | | | | |
| 140. --JP Morgan Chase Cash Account | | | | | | | | | |
| 141. Trust #7 | E | Dividend | O | T | | | | | |
| 142. --Aston Optimum Mid Cap Fund 1 (ABMIX) | | | | | Sold (part) | 02/04/14 | J | A | |
| 143. | | | | | Sold (part) | 05/28/14 | J | B | |
| 144. --Delaware Emerging Markets Fund (DEMI) | | | | | Sold | 02/04/14 | J | A | |
| 145. --IShares Russell MidCap Index Fund (IWR) | | | | | | | | | |
| 146. --IShares MSCI EAFE Index Fund (EFA) | | | | | Sold | 12/15/14 | J | A | |
| 147. --JP Morgan Inter. Tax Free Bond Fund - Sel (Fund 1374) | | | | | | | | | |
| 148. --JP Morgan Market Expansion Index Fund (PGMIX) | | | | | | | | | |
| 149. --JPMorgan Str Opp Fund (JSOSX) | | | | | Sold | 10/08/14 | K | A | |
| 150. --T Rowe Price New Asia Fund (PRASX) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 151. --Condominium Unit (real estate), Sarasota County, Florida | | | | | | | | | |
| 152. --Dreyfus Laurel Emg Mkt Debt Fd | | | | | Sold | 01/24/14 | J | A | |
| 153. --Eaton Vance Floating Rate Advantage I (EIFAX) | | | | | Sold | 06/09/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Pimco Commodity Plus Strategy Fd (PCLPX) | | | | | Sold (part) | 01/24/14 | J | A | |
| 155. | | | | | Sold (part) | 05/28/14 | J | A | |
| 156. | | | | | Sold | 11/07/14 | J | A | |
| 157. --Hartford Capital Appreciation Fd (ITHIX) | | | | | | | | | |
| 158. --JPMorgan Large Cap Growth Fd-Select (SEEGX) | | | | | Sold | 05/28/14 | K | D | |
| 159. --JPMorgan Large Cap Core Plus Fd-Select (JLPSX) | | | | | | | | | |
| 160. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | | | | | | | | | |
| 161. --Primecap Odyssey Stock Fd (POSKX) | | | | | Sold | 03/06/14 | J | B | |
| 162. --Spdr S&P 500 ETF Trust (SPY) | | | | | Buy (add'l) | 06/02/14 | K | | |
| 163. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 164. --JPMorgan Intl Value Fd-Select (JNUSX) | | | | | | | | | |
| 165. --MFS Intl Value Fd-I (MINIX) | | | | | | | | | |
| 166. --Vanguard MSCI Europe ETF (VGK) | | | | | Sold | 10/09/14 | J | A | |
| 167. --iShares MSCI All Country Asia Ex Jpn (AAXJ) | | | | | Sold (part) | 03/06/14 | J | A | |
| 168. --Capital Private Client SVCS Cap Non-US Equities (CNUSX) | | | | | Buy (add'l) | 01/27/14 | J | | |
| 169. --Gateway Fund (GTEYX) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 170. --Goldman Sachs TR Strg Income Inst (GSZIX) | | | | | Buy (add'l) | 01/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --JP Morgan China Region Fund-Select Fund 3810 (JCHSX) | | | | | | | | | |
| 172. --JP Morgan Global Res Enh Index Fund - Select Fund (JEITX) | | | | | Buy (add'l) | 02/04/14 | J | | |
| 173. | | | | | Buy (add'l) | 12/15/14 | K | | |
| 174. --JP Morgan Intrepid Euro Fund - Instl (JFEIX) | | | | | Sold | 10/08/14 | J | A | |
| 175. --JP Morgan Tax Free Instl Sweep Fund (#840) | | | | | | | | | |
| 176. --Metropolitan West Funds Total Return CL I (MWTIX) | | | | | | | | | |
| 177. --Oakmark Intl Fund-I (OAKIX) | | | | | Sold | 12/15/14 | K | A | |
| 178. --Equinox Funds Trust Strategy I (EBSIX) | | | | | Sold | 02/24/14 | K | A | |
| 179. ---Dodge & Cox Intl Stock Fund (DODFX) | | | | | Buy | 12/22/14 | K | | |
| 180. ---Brown Adv Japan Alpha (BAFJX) | | | | | Buy | 03/07/14 | J | | |
| 181. ---Gotham Absolute Return (GARIX) | | | | | Buy | 01/08/14 | J | | |
| 182. ---Inv Balanced-Risk Alloc (ARBYX) | | | | | Buy | 02/24/14 | K | | |
| 183. ---DB Market Plus WTI 7/21/15 | | | | | Buy | 05/29/14 | J | | |
| 184. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 185. | | | | | Sold (part) | 12/08/14 | J | A | |
| 186. ---JP Morgan Daily Return Note | | | | | Buy | 05/02/14 | J | | |
| 187. | | | | | Buy (add'l) | 07/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 11/21/14 | J | A | |
| 189. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 190. Trust #8 | E | Dividend | O | T | | | | | |
| 191. --Allstate (common) | | | | | | | | | |
| 192. --American Electric Power (common) | | | | | | | | | |
| 193. --Anadarko Petroleum (common) | | | | | | | | | |
| 194. --AT&T (common) | | | | | | | | | |
| 195. --Bank of America (common) | | | | | Sold | 11/24/14 | J | A | |
| 196. --Beam, Inc. (common) | | | | | Sold | 05/01/14 | K | E | |
| 197. --Blackrock Global Allocation C | | | | | | | | | |
| 198. --BP Amoco (ADR) | | | | | | | | | |
| 199. --Conoco Phillips (common) | | | | | | | | | |
| 200. --Dow Chemical (common) | | | | | | | | | |
| 201. --Duke Energy (common) | | | | | | | | | |
| 202. --DuPont (common) | | | | | | | | | |
| 203. --Exelon (common) | | | | | Sold (part) | 12/29/14 | J | A | |
| 204. --Exxon (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 206. --Hershey (common) | | | | | | | | | |
| 207. --ISHARES S&P 500 Growth ETF (IVW) | | | | | Buy | 11/26/14 | J | | |
| 208. --Ivy Asset Strategy | | | | | Buy (add'l) | 05/16/14 | K | | |
| 209. --JP Morgan Tr I US Small Co. Cl C | | | | | Buy | 11/26/14 | J | | |
| 210. --JP Morgan Tr I Dynamic Growth | | | | | Buy | 08/11/14 | K | | |
| 211. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 212. --Lincoln National Group (common) | | | | | | | | | |
| 213. --Merck (common) | | | | | | | | | |
| 214. --Monsanto (common) | | | | | | | | | |
| 215. --Pfizer (common) | | | | | | | | | |
| 216. --Phillips 66 (common) | | | | | | | | | |
| 217. --Spectra Energy (common) | | | | | | | | | |
| 218. --Sterling Cap FDS Mid Value FD (OVECX) | | | | | | | | | |
| 219. --Walgreen's Boot's Alliance (common) | | | | | | | | | |
| 220. Trust #9 | D | Dividend | N | T | | | | | |
| 221. --3-M (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Allstate (common) | | | | | | | | | |
| 223. --Bank of America (common) | | | | | | | | | |
| 224. --Dow Chemical (common) | | | | | | | | | |
| 225. --Exelon (common) | | | | | | | | | |
| 226. --Exxon (common) | | | | | | | | | |
| 227. --IBM (common) | | | | | | | | | |
| 228. --JP Morgan Chase (common) | | | | | | | | | |
| 229. --JP Morgan Chase Cash Account | | | | | | | | | |
| 230. --Lincoln National Corp. (common) | | | | | | | | | |
| 231. --Pfizer (common) | | | | | | | | | |
| 232. --Sherwin Williams (common) | | | | | | | | | |
| 233. Trust #10 | E | Dividend | O | T | | | | | |
| 234. --3-M (common) | | | | | | | | | |
| 235. --Exxon Mobil (common) | | | | | | | | | |
| 236. --McDonald's (common) | | | | | | | | | |
| 237. --JP Morgan Chase Cash Account | | | | | | | | | |
| 238. Trust #11 | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --JP Morgan Chase Cash Account | | | | | | | | | |
| 240. --25% of Moles Family Partnership | | | | | | | | | |
| 241. ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 242. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 243. ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 244. ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 245. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 246. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 247. ---GLD-Spdr Gold Tr Gold Shares (Y) | | | | | | | | | |
| 248. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 249. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 250. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Sold (part) | 04/22/14 | J | A | |
| 251. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 252. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 253. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 254. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | | | | | Sold (part) | 04/22/14 | J | A | |
| 255. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 257. ---NMFIX MFB Northern Multi-Manager | | | | | Buy | 04/22/14 | J | | |
| 258. ---MFB Northern Fds Cash Accounts | | | | | | | | | |
| 259. Trust #12 | D | Dividend | N | T | | | | | |
| 260. --DuPont (common) | | | | | | | | | |
| 261. --General Electric (common) | | | | | | | | | |
| 262. --IBM (common) | | | | | | | | | |
| 263. --Pfizer (common) | | | | | | | | | |
| 264. Trust #13 | E | Dividend | O | T | | | | | |
| 265. --Allstate (common) | | | | | | | | | |
| 266. --American Electric Power (common) | | | | | | | | | |
| 267. --Anadarko Petroleum (common) | | | | | | | | | |
| 268. --AT&T (common) | | | | | | | | | |
| 269. --Blackrock Global Allocation C | | | | | | | | | |
| 270. --BP Amoco (ADR) | | | | | | | | | |
| 271. --Conoco Phillips (common) | | | | | | | | | |
| 272. --Dow Chemical (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Duke Energy (common) | | | | | | | | | |
| 274. --DuPont (common) | | | | | | | | | |
| 275. --Exelon (common) | | | | | Sold (part) | 12/29/14 | J | A | |
| 276. --Exxon (common) | | | | | | | | | |
| 277. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 278. --Hershey (common) | | | | | | | | | |
| 279. --ISHARES S&P 500 Growth ETF (IVW) | | | | | Buy | 11/26/14 | J | | |
| 280. --Ivy Asset Strategy | | | | | Buy (add'l) | 05/16/14 | K | | |
| 281. --JP Morgan Tr I US Small Co. Cl C | | | | | Buy | 11/26/14 | J | | |
| 282. --JP Morgan Tr I Dynamic Growth | | | | | Buy | 08/11/14 | K | | |
| 283. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 284. --Lincoln National Group (common) | | | | | | | | | |
| 285. --Merck (common) | | | | | | | | | |
| 286. --Monsanto (common) | | | | | | | | | |
| 287. --Phillips 66 (common) | | | | | | | | | |
| 288. --Pfizer (common) | | | | | | | | | |
| 289. --Spectra Energy (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Sterling Cap FDS Mid value FD (OVECX) | | | | | | | | | |
| 291. Trust #14 | D | Dividend | N | T | | | | | |
| 292. --3-M (common) | | | | | | | | | |
| 293. --Allstate (common) | | | | | | | | | |
| 294. --Bank of America (common) | | | | | | | | | |
| 295. --Dow Chemical (common) | | | | | | | | | |
| 296. --Exelon (common) | | | | | | | | | |
| 297. --Exxon (common) | | | | | | | | | |
| 298. --IBM (common) | | | | | | | | | |
| 299. --JP Morgan Chase (common) | | | | | | | | | |
| 300. --JP Morgan Chase Cash Account | | | | | | | | | |
| 301. --Lincoln National Corp. (common) | | | | | | | | | |
| 302. --Pfizer (common) | | | | | | | | | |
| 303. --Sherwin Williams (common) | | | | | | | | | |
| 304. Trust #15 | E | Dividend | O | T | | | | | |
| 305. --3-M (common) | | | | | | | | | |
| 306. --Exxon Mobil (common) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --McDonald's (common) | | | | | | | | | |
| 308. --JP Morgan Chase Cash Account | | | | | | | | | |
| 309. Trust #16 | C | Int./Div. | M | T | | | | | |
| 310. --JP Morgan Chase Cash Account | | | | | | | | | |
| 311. --25% of Moles Family Partnership | | | | | | | | | |
| 312. ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 313. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 314. ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 315. ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 316. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 317. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 318. ---GLD-Spdr Gold Tr Gold Shares (Y) | | | | | | | | | |
| 319. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 320. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 321. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Sold (part) | 04/22/14 | J | A | |
| 322. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |
| 323. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 325. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | | | | | Sold (part) | 04/22/14 | J | A | |
| 326. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd (Y) | | | | | | | | | |
| 327. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 328. ---NMFIX MFB Northern Multi-Manager | | | | | Buy | 04/22/14 | J | | |
| 329. ---MFB Northern Fds Cash Accounts | | | | | | | | | |
| 330. Trust #17 | E | Dividend | O | T | | | | | |
| 331. --Allstate (common) | | | | | | | | | |
| 332. --American Electric Power (common) | | | | | | | | | |
| 333. --Anadarko Petroleum (common) | | | | | | | | | |
| 334. --AT&T (common) | | | | | | | | | |
| 335. --Bank of America (common) | | | | | Sold | 11/24/14 | J | A | |
| 336. --Beam, Inc. | | | | | Sold | 05/01/14 | K | E | |
| 337. --Blackrock Global Allocation C | | | | | | | | | |
| 338. --BP Amoco (ADR) | | | | | | | | | |
| 339. --Conoco Phillips (common) | | | | | | | | | |
| 340. --Dow Chemical (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Duke Energy (common) | | | | | | | | | |
| 342. --DuPont (common) | | | | | | | | | |
| 343. --Exelon (common) | | | | | Sold (part) | 12/29/14 | J | A | |
| 344. --Exxon (common) | | | | | | | | | |
| 345. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 346. --Hershey (common) | | | | | | | | | |
| 347. --ISHARES S&P 500 Growth ETF (IVW) | | | | | Buy | 11/26/14 | J | | |
| 348. --Ivy Asset Strategy | | | | | Buy (add'l) | 05/16/14 | K | | |
| 349. --JP Morgan Tr I US Small Co. Cl C | | | | | Buy | 11/26/14 | J | | |
| 350. --JP Morgan Tr I Dynamic Growth | | | | | Buy | 08/11/14 | K | | |
| 351. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 352. --Lincoln National Group (common) | | | | | | | | | |
| 353. --Merck (common) | | | | | | | | | |
| 354. --Monsanto (common) | | | | | | | | | |
| 355. --Phillips 66 (common) | | | | | | | | | |
| 356. --Pfizer (common) | | | | | | | | | |
| 357. --Spectra Energy (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Sterling Cap FDS Mid Value FD (OVECX) | | | | | | | | | |
| 359. --Walgreen's Boot's Alliance (common) | | | | | | | | | |
| 360. Trust #18 | D | Dividend | N | T | | | | | |
| 361. --3-M (common) | | | | | | | | | |
| 362. --Allstate (common) | | | | | | | | | |
| 363. --Bank of America (common) | | | | | | | | | |
| 364. --Dow Chemical (common) | | | | | | | | | |
| 365. --Exelon (common) | | | | | | | | | |
| 366. --Exxon (common) | | | | | | | | | |
| 367. --IBM (common) | | | | | | | | | |
| 368. --JP Morgan Chase (common) | | | | | | | | | |
| 369. --JP Morgan Chase Cash Account | | | | | | | | | |
| 370. --Lincoln National Corp. (common) | | | | | | | | | |
| 371. --Pfizer (common) | | | | | | | | | |
| 372. --Sherwin Williams (common) | | | | | | | | | |
| 373. Trust #19 | E | Dividend | O | T | | | | | |
| 374. --3-M (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Exxon Mobil (common) | | | | | | | | | |
| 376. --McDonald's (common) | | | | | | | | | |
| 377. --JP Morgan Chase Cash Account | | | | | | | | | |
| 378. Trust #20 | C | Int./Div. | M | T | | | | | |
| 379. --JP Morgan Chase Cash Account | | | | | | | | | |
| 380. --25% of Moles Family Partnership | | | | | | | | | |
| 381. ---NOTEX-Northern Funds Tax Exept Fund | | | | | | | | | |
| 382. ---NSIDX-Northern Funds Sall Cap Index Fund | | | | | | | | | |
| 383. ---NOSIX-Northern Funds Stock Index Fund | | | | | | | | | |
| 384. ---NOMIX-Northern Mid Cap Index Fund | | | | | | | | | |
| 385. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | | | | | | | | | |
| 386. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | | | | | | | | | |
| 387. ---GLD-Spdr Gold Tr Gold Shares (Y) | | | | | | | | | |
| 388. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | | | | | | | | | |
| 389. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | | | | | | | | | |
| 390. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | | | | | Sold (part) | 04/22/14 | J | A | |
| 391. ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | | | | | | | | | |
| 393. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | | | | | | | | | |
| 394. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | | | | | Sold (part) | 04/22/14 | J | A | |
| 395. ---PCRIX-Pimco Pac Invt Mgmt Ser Commodity Real Trn Stgy Fd (Y) | | | | | | | | | |
| 396. ---DFEVX-Emerging Markets Value Fd | | | | | | | | | |
| 397. ---NMFIX MFB Northern Multi-Manager | | | | | Buy | 04/22/14 | J | | |
| 398. ---MFB Northern Fds Cash Accounts | | | | | | | | | |
| 399. Trust #21 | G | Int./Div. | P1 | T | | | | | |
| 400. --JPMORGAN CASH ACCOUNT | | | | | | | | | |
| 401. --SPDR 500 ETF TR (SPY) | | | | | Buy (add'l) | 05/28/14 | L | | |
| 402. | | | | | Buy (add'l) | 10/08/14 | M | | |
| 403. --ISHARES TR RUSSEL MIDCAP INDEX FUND (IWR) | | | | | | | | | |
| 404. --VANGUARD INTL EQUITY INDEX FD EUROPE ETF (VGK) | | | | | Sold | 10/08/14 | L | A | |
| 405. --JPMORGAN TR II HIGH YIELD FD SELECT (FUND 3580) | | | | | Sold | 07/22/14 | J | A | |
| 406. --JPMORGAN TR II LARGE CAP GROWTH FD (SEEGX) | | | | | Sold | 05/28/14 | M | E | |
| 407. --JPMORGAN TR I INTERM TX FREE BD FD INST (FUND 1374) | | | | | | | | | |
| 408. --JPMORGAN TRUST II MKT EXPAN INDEX FUND (PGMIX) | | | | | Sold (part) | 11/04/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. --JP MORGAN TR I INTL VALUE FUND (JIESX) | | | | | Buy (add'l) | 12/19/14 | L | | |
| 410. --JP MORGAN TR I STRG OPPORTUNITY INCM FD (FUND 3844) | | | | | Buy (add'l) | 07/22/14 | J | | |
| 411. | | | | | Sold | 10/20/14 | K | B | |
| 412. --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | | | | | | | | | |
| 413. --DELAWARE GROUP GLOBAL & INTL FDS EMERG MKT INST MUTUAL FUND (DEMIX) | | | | | Sold | 02/04/14 | K | C | |
| 414. --EATON VANCE MUT FDS TR FLT RATE FUND | | | | | Sold | 07/22/14 | J | A | |
| 415. --MATTHEWS INTL FUDS PAC TIGER INST FUND (MIPTX) | | | | | Sold (part) | 02/04/14 | K | C | |
| 416. | | | | | Sold | 03/06/14 | K | D | |
| 417. --T ROWE PRICE INTL FDS NEW ASIA FD (PRASX) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 418. --MFS INTL VALUE I FUND (MINIX) | | | | | | | | | |
| 419. --DODGE&COX FD INTL STOCK FD (DODFX) | | | | | | | | | |
| 420. --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | | | | | | | | | |
| 421. --HARTFORD CAP APPRE CL I MUTUAL FUND (ITHIX) | | | | | | | | | |
| 422. --GATEWAY FD-Y (GTEYX) | | | | | | | | | |
| 423. --NEUBERGER BERMAN EQUITY --FDS MULCAP OPP INS FUND (NMULX) | | | | | | | | | |
| 424. --PIMCO FD COMMODITIES PLUS STGY P MUTUAL FUND (PCLPX) | | | | | Sold (part) | 01/24/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | | | | | Sold (part) | 05/28/14 | K | B | |
| 426. | | | | | Sold (part) | 10/20/14 | K | A | |
| 427. | | | | | Sold | 11/19/14 | K | A | |
| 428. --JP MORGAN MULTI SECTOR INCOME FD SELECT (FUND 2130) | | | | | Buy (add'l) | 07/22/14 | J | | |
| 429. | | | | | Sold | 10/20/14 | K | A | |
| 430. --JPM INTREPID VALUE FD (FUND 1136) | | | | | | | | | |
| 431. --CAPITAL PRIVATE CLIENT SVCS NON US EQUITIES (CNUSX) | | | | | Buy (add'l) | 01/27/14 | L | | |
| 432. --ISHARES MSCI EAFE INDX FD (EFA) | | | | | Buy (add'l) | 10/20/14 | L | | |
| 433. | | | | | Sold (part) | 12/15/14 | M | A | |
| 434. --OAKMARK INTL FD-I (OAKIX) | | | | | Sold | 12/19/14 | M | A | |
| 435. --JPM CHINA REGION FD-SELECT (JCHSX) | | | | | | | | | |
| 436. --JPM GLOBAL RES ENH INDEX FD-SELECT (JEITX) | | | | | Buy (add'l) | 02/05/14 | L | | |
| 437. | | | | | Buy (add'l) | 12/15/14 | M | | |
| 438. --EQUINOX FDS TR CB STGY 1 (EBSIX) | | | | | Sold | 02/24/14 | M | A | |
| 439. --GOLDMAN SACHS TR STRG INCM INST1 (GSZIX) | | | | | | | | | |
| 440. --DODGE & COX INCOME FD | | | | | | | | | |
| 441. --JPM INTL CURR INCOME FD SELECT (FUND 3831) | | | | | Sold | 01/24/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 32

**Name of Person Reporting**

Tharp, John J.

**Date of Report**

11/05/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. --JPM Intl Value Fd-Instl (JNUSX) | | | | | Buy | 12/19/14 | L | | |
| 443. --Brown Adv Japan Alpha (BARJX) | | | | | Buy | 03/07/14 | K | | |
| 444. --Gothan Absolute Return (GARIX) | | | | | Buy | 01/08/14 | L | | |
| 445. --INV Balance Risc Alloc - Y (ABRYX) | | | | | Buy | 02/24/14 | M | | |
| 446. --DB Market Plus WTI | | | | | Buy | 05/29/14 | K | | |
| 447. --JPM Daily Return Note | | | | | Buy | 05/07/14 | K | | |
| 448. | | | | | Buy (add'l) | 07/11/14 | K | | |
| 449. | | | | | Buy (add'l) | 11/21/14 | K | | |
| 450. | | | | | Sold (part) | 11/21/14 | L | A | |
| 451. --JPM Lev Cont Buff Eq WTI | | | | | Buy | 09/26/14 | K | | |
| 452. | | | | | Sold | 12/08/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII.A., Description of Investments and Trusts:

Line 2: Full description: Bright Start 529 Blended Age Based 18 Years Portfolio (no control).

Lines 25, 99, 220, 360: Name change; formerly Walgreen Co.

Lines 2, 4, 8-10, 25-27: One formerly dependent daughter is no longer a dependent. She owned assets also owned by others and still held. Accordingly, asset values therefore may reflect lower value without reportable event. Assets affected are designated with a "(Y)" after the asset name but because the asset is still held, columns B through D have been completed.

Line 62; I am the co-trustee of Trust #1 (a trust created by family member). I have no beneficial interest in that trust and receive no fees. I have no position or interest in any of the other trusts listed (#2 - 21). My spouse is a co-trustee of each of those trusts except for Trust #7. She is the sole beneficiary of Trusts #2-#5. She has a 25% beneficial interest in Trusts #6, #7, and #21. She has no beneficial interest in Trusts #8-20. Accordingly, I have reported 100% of the value of Trusts 6 and 21 (because my spouse is the trustee) and 25% of the value and gains in Trust 7 (because my spouse is only a 25% beneficiary and not the trustee). In prior years, I mistakenly reversed this reporting, listing only 25% of the value/gains for Trust 6 and the full value/gains for Trust 7.

Additional Information Concerning Part VII.C., Valuation of Investments and Trusts:

Trusts #6 and #7 contain assets that required different valuation methods. For Trust #6, the farm land valuation method is "W"; the cash account valuation method is "T." For Trust #7, the condominium valuation method is "W"; the valuation method for all other assets listed is "T."

Additional Information Concerning Part VII.D., Transactions:

Lines 127, 248, 319, and 388: This asset (GLD) was erroneously reported in 2013 as a partial sale when in fact it was a complete sale. The value and gain figures were correct on the 2013 Report.

Lines135, 256, 327, and 396: This asset (PCRIX) was erroneously reported in 2013 as a partial sale when in fact it was a complete sale. The value and gain figures were correct on the 2013 Report.

Additional Information Concerning Amendment on 11/05/2015:

The original form omitted the sale disposition of JPMorgan Str Opp Fund (JSOSX). That disposition has been added as new line 149. The transactions beginning on line 149 of the original report have therefore all shifted down one row, now beginning at Row 150.

# FINANCIAL DISCLOSURE REPORT

Page 32 of 32

Name of Person Reporting

Tharp, John J.

Date of Report

11/05/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Tharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544